UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARMELO GONZALEZ,

                                Plaintiff,

                -against-

SOUTH'S BAR AND RESTAURANT and
273 CHURCH STREET ASSOCIATES,

                              Defendants.
-----------------------------------------------------------------X

08 Civ-4060

**STIPULATION EXTENDING TIME TO ANSWER**

WHEREAS, counsel for the Plaintiff, Carmelo Gonzalez, spoke by phone with the owners of Defendants, and both Defendants have requested an extension of time to file their Answers,

WHEREFORE, Plaintiff agrees to extend the time that both Defendants have to Answer the Plaintiff's Complaint until June 23, 2008 and requests that the Court permit same in the interests of justice.

Dated:    Woodbury, New York
             May 19, 2008

Martin J. Coleman, Esq., (MJC 7945)
Law Office of Martin J. Coleman, P.C.
100 Crossways Park West, Suite 412
Woodbury, New York 11797
(516) 802-5960

So Ordered:

_____
George B. Daniels, U.S.D.J.