| DISTRICT COURT OF NEW YORK | | | Maverick Process 516 693-1100 | |
|---|---|---|---|---|
| COUNTY OF SOUTHERN | | | ATTORNEY | COLEMAN  22148 |
| CARMELO GONZALEZ, | | Petitioner(s) | RETURN DATE | |
| | | Plaintiff(s) | INDEX NO | 08 CIV 4060 |
| | | | INDEX DATE | 4/30/2008 |
| - against - | | Defendant(s) | CALENDAR NO | |
| SOUTH'S BAR AND RESTURANT AND 273 CHURCH STREET ASSOCIATES, | | Respondent(s) | 3rd PARTY INDEX# | |
| | | | JUDGE DANIELS | |

STATE OF NEW YORK: COUNTY OF NASSAU    SS:    **AFFIDAVIT OF SERVICE**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 5/3/2008 at 5:35 PM at 273 CHURCH STREET NEW YORK, NY 10013
deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT upon

273 CHURCH STREET ASSOCIATES

☑ Said Documents Were Properly Endorsed with the Index Number and Date of Filing thereon

witness/defendant/respondent (hereafter called the recipient) therein named.

**A. Individual** By Personally delivering to and leaving with said individual, and that he knew the person so served and described as recipient therei

**B. Corp/ ☑ Prtnshp** By delivering to and leaving with BENJAMIN WEINSTOCK and that he knew the person so served and authorized to accept service to ☐ an officer ☐ Director ☑ managing agent or general agen ☐ cashier ☐ AsstCashier
☐ Agent authorized by appointment or by law to receive service.

**C. Suitable Age Person** By delivering thereat a true copy of each to _____ a person of suitable age and discretion.
Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state

**D. Affixing to Door, Etc.** By affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age discretion, thereat, having called there
@ _____, @ _____, @ _____
Deponent talked to _____ who stated that recipient ☐ lived ☐ worked there.

**E. Mailing W/B,C or** On _____ Deponent completed said service under the last two sections by mailing a copy of the above named process by First Class Mail addressed to the witness/defendant/respondent to the above address of service which is recipient's: ☐ last known residence ☐ last known place of business (with additional endorsement of Personal and Confidential on face of envelope.)
☐ RPAPL 735 An additional mailing by Certified Mail was made to the respondent at the premise sought to be recovered.

**F. DRL Sec232** The required notice was legibly printed on the face of the summons. I identified the defendant by photograph annexed hereto which was provided by the plaintiff.

**G. Description**
| SEX | SKIN COLOR | HAIR COLOR | AGE (approx.) | HEIGHT (approx.) | WEIGHT (approx.) |
|---|---|---|---|---|---|
| M | WHITE | SALT & PEPPER | 65 | 5'4" | 140 |
☑ OTHER GLASSES, BALDING

**Sec.8001Fee** A fee of $0.00, pursuant to CPLR Section 8001, was tendered to the witness.

**Military** I asked the person spoken to whether the defendant/respondent was in active military service of the United States or of the State of New York in any capacity whatever and received a negative repy. Defendant/Respondent wore ordinary civilian clothers and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant/respondent is not in the military service of New York State or of the United States as the term is defined in either the State or in the Federal statutes.

Sworn Before me this day 5 of
MAY    2008

(NOTARY PUBLIC)

DONNA L. ODRISCOLL
NOTARY PUBLIC, State of New York
No. 01OD6126123
Qualified in Nassau County
Commission Expires on 4/25/2009

DAVID A SMITH #0912050