UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CARMELO GONZALEZ,

                Plaintiff,                          08 Civ 4060

  -against-                                **NOTICE OF**
                                                  **APPEARANCE**
SOUTH'S BAR AND RESTAURANT and
273 CHURCH STREET ASSOCIATES,

                Defendants.
-------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Mark S. Friedlander, Esq., hereby appears on behalf of Defendants South's Bar and Restaurant and 273 Church Street Associates and that all future correspondence and papers in connection with this action are to be directed to the address indicated below.

Dated: New York, New York
       June 23, 2008

                                                          MARK S. FRIEDLANDER, ESQ.

                                                        By:_____
                                                        Mark S. Friedlander, Esq. (MSF-0092)
                                                        Attorney for Defendants
                                                        15 Maiden Lane – Suite 2000
                                                        New York, New York 10038
                                                        (212) 962-2877
                                                        (212) 571-4613 (fax)
                                                        msfesq47@aol.com