Jun-23-08 01:57P

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 6 2008
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARMELO GONZALEZ,

                Plaintiff,                08 Civ 4060

   -against-                        STIPULATION
                                        EXTENDING TIME
SOUTH'S BAR AND RESTAURANT and    TO ANSWER
273 CHURCH STREET ASSOCIATES,

                Defendants.
------------------------------------------------------------X

       WHEREAS, counsel for Defendants, South's Bar and Restaurant and 273 Church Street Associates, has requested of Plaintiff's counsel an extension of time to file Defendants' Answer;

       WHEREFORE, it is stipulated and agreed by and between counsel for the respective parties that Defendants time to file their Answer shall be extended from June 23, 2008 to July 21, 2008 and request that this Court permit the same in the interests of justice.

Dated: New York, New York
        June 23, 2008

Law Office of Martin J. Coleman, P.C.        MARK S. FRIEDLANDER, ESQ.

By: _____               By: _____
Martin J. Coleman, Esq. (MJC-7945)          Mark S. Friedlander, Esq. (MSF-0092)
Attorney for Plaintiff                                Attorney for Defendants
100 Crossways Park West, Suite 412           15 Maiden Lane – Suite 2000
Woodbury, New York 11797                     New York, New York 10038
(516) 802-5960                                      (212) 962-2877

So Ordered: JUN 2 6 2008

_____
George B. Daniels, U.S.D.J.

**HON. GEORGE B. DANIELS**