**MARK S. FRIEDLANDER**
ATTORNEY AT LAW

MONICA PARSLEY
JASON TOM

15 MAIDEN LANE • SUITE 2000
NEW YORK, N.Y. 10038
(212) 962-2877

FACSIMILE
(212) 571-4613

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 18 2008

July 15, 2008

**SO ORDERED**
The conference is rescheduled for September 4, 2008 at 9:30 a.m.

*/s/ George B. Daniels*

HON. GEORGE B. DANIELS
JUL 18 2008

VIA FACSIMILE (212) 805-6737
The Honorable George B. Daniels
U.S. District Court – Southern District of NY
500 Pearl Street
New York, New York 10007

Re: *Gonzalez v. South's Bar and Restaurant, et al.*
Case No.: 1:08-cv-4060

Dear Judge Daniels,

This office represents the defendants in the above-captioned action. Please allow this letter to serve as a formal request for an adjournment of the initial conference in this matter originally scheduled for July 17, 2008 at 9:30 a.m. There have been no previous requests for an adjournment of this initial conference. I have spoken to my adversary, Martin J. Coleman, Esq., and he consents to this requested adjournment. I respectfully request that this initial conference be rescheduled for any date after August 12, 2008 as I am away on vacation the first week of August.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

Mark S. Friedlander

cc: Martin J. Coleman, Esq. via facsimile