UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CARMELO GONZALEZ,

                Plaintiff,                    **RULE 7.1 STATEMENT**

  -against-                            08 CV 4060

SOUTH'S BAR AND RESTAURANT
and 273 CHURCH STREET
ASSOCIATES,

                Defendants.
-------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for 273 Church Walker Corp., improperly sued herein as South's Bar and Restaurant, has no parent corporation and that there is no publicly held corporation that owns 10% or more of the stock of 273 Church Walker Corp.

Dated: New York, New York
       July 21, 2008

                                      MARK S. FRIEDLANDER, ESQ. (MF-0092)
                                      Attorney for Defendants
                                      15 Maiden Lane – Suite 2000
                                      New York, New York 10038
                                      (212) 962-2877