UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Plaintiff,   Carmelo Gonzalez

-v-

Defendant.  South's Bar & Restaurant, etd

-----------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08   CV 4060 (GBD) (KNF)

The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

General Pretrial (includes scheduling,
discovery, non-dispositive pretrial
motions, and settlement)

\_\_\_\_  Specific Non-Dispositive
Motion/Dispute:*

\_\_\_\_  _____  _____

\_\_\_\_  _____  _____

_____

If referral is for discovery disputes when
the District Judge is unavailable, the time
period of the referral:_____

X   Settlement*

\_   Inquest After Default/Damages Hearing

\_\_\_\_  Consent under 28 U.S.C. §636(c) for all
purposes (including trial)
\_\_\_\_  Consent under 28 U.S.C.§636(c) for
limited purpose (e.g., dispositive
motion, preliminary injunction)
Purpose:_____
\_\_\_\_  Habeas Corpus
\_\_\_\_  Social Security
\_\_\_\_  Dispositive Motion (i.e., motion requiring
a Report and Recommendation)
Particular Motion:_____

_____

All such motions: \_\_\_\_

*Do not check if already referred for general pretrial.
Dated _ 9/4/2008 \_\_\_\_

SO ORDERED:

George B. Daniels

HON. GEORGE B. DANIELS
United States District Judge